PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG 25  AM 10: 40

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  }  Crim. No.   4:15CR00138-1

Danielle L. Boswell

On August 9, 2016, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Danielle L. Boswell be discharged from supervision.

Respectfully submitted,

_____
Ervin G. Frazier, II
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 25  AM 10: 40
CLERK
SO. DIST. OF GA.